**Dismissed; Opinion Filed November 13, 2018.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01155-CV

**SENIOR CARE CENTERS, LLC AND VINTAGE SCC, LLC D/B/A VINTAGE HEALTH CARE CENTER, Appellants**

**V.**

**CORDELL HOLMES, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF HATTIE FRANKLIN, DECEASED, Appellee**

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-08454**

## MEMORANDUM OPINION

Before Justices Lang-Miers, Fillmore, and Myers
Opinion by Justice Myers

Before the Court is appellants' November 5, 2018 unopposed motion to dismiss this appeal.

We grant the motion. *See* TEX. R. APP. P. 42.1(a)(1).

We dismiss this appeal.

/Lana Myers/
LANA MYERS
JUSTICE

181155F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

SENIOR CARE CENTERS, LLC AND VINTAGE SCC, LLC D/B/A VINTAGE HEALTH CARE CENTER, Appellants

No. 05-18-01155-CV     V.

CORDELL HOLMES, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF HATTIE FRANKLIN, DECEASED, Appellee

On Appeal from the 116th Judicial District Court, Dallas County, Texas
Trial Court Cause No. DC-17-08454.
Opinion delivered by Justice Myers, Justices Lang-Miers and Fillmore participating.

In accordance with this Court's opinion of this date, we **DISMISS** this appeal.

We **ORDER** that appellee CORDELL HOLMES, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF HATTIE FRANKLIN, DECEASED recover his costs, if any, of this appeal from appellants SENIOR CARE CENTERS, LLC AND VINTAGE SCC, LLC D/B/A VINTAGE HEALTH CARE CENTER.

Judgment entered this 13th day of November, 2018.